JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edmond Neal, | CV 19-09291 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Badria Reslan, et al., | |
| Defendants. | |

Pursuant to the Court's January 16, 2020 Minute Order dismissing this action for failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 16, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE